# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CR-079-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| OLIVER MONTGOMERY, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion To Seal Motion To Continue Trial Date" (Document No. 18) May 3, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Motion to Continue Trial Date contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion To Seal Motion To Continue Trial Date" (Document No. 18) is **GRANTED**, and Defendant's "Unopposed Sealed Motion To Continue Trial Date" (Document No. 17) is sealed until further Order of this Court.

Signed: May 3, 2018

David C. Keesler
United States Magistrate Judge